**Gussie MINUS, Plaintiff—Appellant,**

v.

**Dak AMERICAS, Defendant—Appellee.**

No. 05–1452.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 23, 2005.

Gussie Minus, Appellant Pro Se. Stacy Kaplan Wood, Parker, Poe, Adams & Bernstein, L.L.P., Charlotte, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gussie Minus appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of DAK Americas in Minus' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Minus v. DAK Americas,* No. CA–03–4029–2–23 (D.S.C. Mar. 14, 2005). Minus' motions to expedite are denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*